**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01061-CR

**KEVIN WAYNE DICKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-57075-K**

## ORDER

The Court **REINSTATES** the appeal.

On May 19, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing the brief is that she discovered the reporter's record of pretrial hearings was missing; (4) Charon Evans is the court reporter who recorded the hearings, and she informed the court that she would file the record by Friday, June 26, 2015; and (5) counsel can file appellant's brief within thirty days after the supplemental reporter's records are filed.

We note that appellant's brief was originally due February 19, 2015. Counsel filed a motion to extend time to file appellant's brief on February 19, 2015 and did not at that time identify any missing records. Counsel was granted a thirty-day extension of time to file appellant's brief. At no time between the date the brief was due and the date the appeal was abated did counsel bring to this Court's attention any problem with the reporter's record. Nevertheless, we **ORDER** court reporter Charon Evans to file, by **WEDNESDAY, JULY 1, 2015** the supplemental record of the pretrial hearings.

We **ORDER** appellant to file his brief by **MONDAY, AUGUST 3, 2015**. No further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will utilize its available remedies, which may include ordering that Kathleen Walsh be removed as appellate counsel and ordering the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk send copies of this order to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Charon Evans, official court reporter, Criminal District Court No. 4; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE